# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LEVONNE ANTONIO ANDERSON )<br>  Plaintiff(s), )<br> )<br>vs. )<br> )<br>US POLYMERS-ACCUREZ, LLC )<br>  Defendant(s). ) | Case No. 4:22-cv-01022-MTS |

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __Defendant__ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:
   See **EXHIBIT 1** attached hereto.

/s/Bryan M. Kaemmerer
_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: Bryan M. Kaemmerer
Address: 825 Maryville Centre Drive, Suite 300
City/State/Zip: Town & Country, MO 63017
Phone: 314-392-5200

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served on this 7th day of November, 2022 to all parties of record through the Court's electronic filing system.

/s/Bryan M. Kaemmerer
_____
Signature

EXHIBIT 1

(1)  Nick J. Agliata, Jr. - IL;
(2)  Brian T. Clingen - IL;
(3)  Jack B. Everette Estate - IL;
(4)  Marty T. Franke - WI;
(5)  James D. Glassman - CA;
(6)  Robert Gaal - MO;
(7)  Gerry Gruber - FL;
(8)  John Haugh - CA;
(9)  Jaclyn Heitland – MO; E
(10) Estate of Arthur  J. Hilsinger, Jr. – MA;
(11) David J. Lies - FL;
(12) Craig S. McCrohon - IL;
(13) Maurice S. Meyers- WI;
(14) Albert L. Mitchell - FL;
(15) Joseph J Slawek Declaration of Trust – TN;
(16) Dwyn von Bereghy – FL; and
(17) Onofrio Palazzolo – MO.